NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EXPRESS MOBILE, INC.,**
*Appellant*

**v.**

**META PLATFORMS, INC., FKA FACEBOOK, INC., ATLASSIAN CORP. LTD., FKA ATLASSIAN CORP. PLC, ATLASSIAN US, INC., FKA ATLASSIAN, INC., EBAY, INC., EXPEDIA, INC., HOMEAWAY.COM, INC., PINTEREST, INC., SQUARESPACE, INC., WIX.COM, LTD, WIX.COM, INC., GOOGLE LLC,**
*Appellees*

---

2023-1645

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2021-01224, IPR2022-00570, IPR2022-00598.

---

**ON MOTION**

---

PER CURIAM.

## O R D E R

Express Mobile, Inc. moves to dismiss the above-captioned appeal as moot and to vacate the underlying Patent

2                    EXPRESS MOBILE, INC. v. META PLATFORMS, INC.


Trial and Appeal Board decision. Atlassian Corp. Ltd., Atlassian US, Inc., eBay, Inc., Expedia, Inc., Google LLC, Homeaway.com, Inc., Meta Platforms, Inc., Pinterest, Inc., Squarespace, Inc., Wix.com, Inc. and Wix.com, LTD respond.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion to dismiss the appeal as moot is granted.

The motion to vacate the underlying PTAB decision is denied.


FOR THE COURT

Jarrett B. Perlow
Clerk of Court

January 31, 2025
Date